**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL NO. 26-cv-2841** |
| **v.** | * | |
| | * | |
| **USDT TOKENS CURRENTLY ASSOCIATED WITH THE FOLLOWING VIRTUAL CURRENCY ADDRESS:** | * | |
| | * | |
| **TL6oeK6UkABJmFe5VbjxZSVhc9orPfXfsZ** | * | |
| | * | |
| **Defendant *In Rem*.** | * | |

*******

**WARRANT FOR ARREST IN REM**

**TO: THE MARSHAL OF THE UNITED STATES AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER**

WHEREAS, on July 26, 2026, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the District of Maryland against the above-named defendant property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE you are hereby commanded to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: ____________________________________

Clerk of the Court
United States District Court

By: ____________________________________
Deputy Clerk